JOHN DEAN HARPER, ESQ.
jdh@johndeanharper.com
**HARPER LAW OFFICE PLLC**
6600 W. Charleston Blvd., Suite 116
Las Vegas, Nevada  89146
ph.: (702) 604-7038
fax: (702) 974-1061
*Attorneys for Defendants Reddington Structural Solutions, LLC; Junhua "Mark" Mao; Shuren "Raymond" Cheng; and; Jiangsu Potiloor New Material Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL MITCHELL, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>REDDINGTON STRUCTURAL SOLUTIONS, LLC, a Wyoming Limited Liability Company; JUNHUA "MARK" MAO, an individual; SHUREN "RAYMOND" CHENG, an individual; JOE WESTERFIELD, an individual; JIANGSU PORTILOOR NEW MATERIAL COMPANY, a Chinese Company; JIANGSU HAOXING NEW MATERIALS COMPANY, a Chinese Company; SHANGHI ZEHONG INTERNATIONAL LOGISTICS COMPANY, LTD., a Chinese Company; JIANGSU SUCCESS WOOD PRODUCTS COMPANY, LTD., a Chinese Company; DOES I-XX, Inclusive; ROE CORPORATIONS I-XX, Inclusive,<br><br>              Defendants. | CASE NO.  2:25-cv-00170-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br>**(First Request)** |

Plaintiff Danny Mitchell ("Plaintiff") and Defendants Reddington Structural Solutions, LLC; Junhua "Mark" Mao; Shuren "Raymond" Cheng; and; Jiangsu Potiloor New Material Company [misspelled in the Caption] ("Served Defendants") stipulate as follows:

    1.    Plaintiff filed his Amended Complaint and ostensibly served the Served Defendants on February 26, 2025.

1

2. Counsel for Served Defendants returned from a long weekend on March 17, 2025, and was just retained March 18, 2025.

3. With his other pre-scheduled obligations, Counsel for the Served Defendants realized that he did not have sufficient time to review the file, obtain the necessary evidence and file the appropriate responses by March 19, 2025.

4. Counsel for the Plaintiff graciously agreed to extend the Served Defendants time to answer or otherwise plead to March 28, 2025.

5. There is therefore good cause and the parties agree to extend the deadline from March 19, 2025 to March 28, 2025.

6. This is the first request to extend the answer or otherwise plead deadline and is not being made for the purpose of delay.

| | |
|---|---|
| Dated: March 21, 2025.<br><br>VC2 LAW<br><br>/s/ Michael C. Van<br>Michael C. Van, Esq.<br>Garrett R. Chase, Esq.<br>Joshua J. Floth, Esq.<br>8985 South Eastern Avenue, Suite 100<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* | Dated: March 21, 2025.<br><br>HARPER LAW OFFICE PLLC<br><br>/s/ John Dean Harper<br>John Dean Harper, Esq.<br>6600 W. Charleston Blvd., Suite 116<br>Las Vegas, Nevada 89146<br>*Attorneys for Defendants Reddington Structural Solutions, LLC; Junhua "Mark" Mao; Shuren "Raymond" Cheng; and; Jiangsu Potiloor New Material Company* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 21, 2025

2